IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| SARAH ERHART, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10,<br><br>               Defendants. | No. 22-2-03423-8 SEA<br><br>NOTICE OF APPEARANCE |

TO:       Sarah Erhart, Plaintiff;

AND TO:   Timothy W. Emery, and Patrick B. Reddy, EMERY | REDDY, PLLC, Attorneys for Plaintiff;

AND TO:   Clerk of the Court.

    PLEASE TAKE NOTICE that Bryan P. O'Connor of the law firm of Jackson Lewis P.C. hereby enters his appearance in the above cause on behalf of Defendants Zimmer, Inc. d/b/a Zimmer Biomet, Zimmer US, Inc. d/b/a Zimmer Biomet, and Biomet, Inc. d/b/a Zimmer Biomet, without waiving any or all claims or defenses that may exist pursuant to Fed. R. Civ. P. 12(b) or otherwise. You are hereby requested to serve all further pleadings and papers herein, except original process, upon the undersigned, at the address stated below.

NOTICE OF APPEARANCE - 1
(Case No. 22-2-03423-8 SEA)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  DATED this 30th day of March, 2022.

JACKSON LEWIS P.C.

By: _____
Bryan P. O'Connor, WSBA #23867
520 Pike Street, Suite 2300
Seattle, WA 98101
Bryan.OConnor@jacksonlewis.com
Telephone: 206-626-6423

Counsel for Defendants

NOTICE OF APPEARANCE - 2
(Case No. 22-2-03423-8 SEA)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>EMERY \| REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Email: emeryt@emeryreddy.com<br>         reddyp@emeryreddy.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |

Counsel for Plaintiff

DATED this 30th day of March, 2022.

_____
Tanya Stewart

4878-5352-3738, v. 1

NOTICE OF APPEARANCE - 3
(Case No. 22-2-03423-8 SEA)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404