UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ERHART, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00472<br><br>**DECLARATION OF JULIE BRUBAKER IN SUPPORT OF NOTICE OF REMOVAL** |

I, Julie Brubaker, declare as follows:

1. I am Vice President and Associate General Counsel for Zimmer Biomet. I am over the age of 18 years, have personal knowledge of, and am competent to testify to the matters set forth herein. I offer this declaration in support of Defendants' Notice of Removal.

2. The principal place of business for the three corporate defendants named in this matter is in the State of Indiana (specifically Warsaw, Indiana), the location of their headquarters and where their officers direct, control, and coordinate each corporation's activities.

3. I have reviewed Plaintiff's salary history. Between December 2, 2019 and April 4, 2020, Plaintiff was paid an annual salary of $80,000, which equates to an hourly rate of $38.46 ($80,000 ÷ 2080 hours) and $57.69 at time and one half.

DECLARATION OF JULIA BRUBAKER
IN SUPPORT OF NOTICE OF REMOVAL - 1
(Case No. 2:22-cv-00472)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

3. I have reviewed Plaintiff's salary history. Between December 2, 2019 and April 4, 2020, Plaintiff was paid an annual salary of $80,000, which equates to an hourly rate of $38.46 ($80,000 ÷ 2080 hours) and $57.69 at time and one half.

4. Between April 6, 2020 and May 17, 2020, Plaintiff was paid an annual salary of $64,000, which equates to an hourly rate of $30.76 and $46.14 at time and one half.

5. Between May 18, 2020 and March 21, 2021, Plaintiff was paid an annual salary of $80,000, which equates to an hourly rate of $38.46 and $57.69 at time and one half.

6. Between March 22, 2021 and October 3, 2021, Plaintiff was paid an annual salary of $82,800, which equates to an hourly rate of $39.81 and $59.72 at time and one half.

7. Between October 4, 2021 and March 7, 2022, Plaintiff was paid an annual salary of $92,000, which equates to an hourly rate of $44.23 and $66.35 at time and one half.

I declare under the penalty of perjury under the laws of the State of Indiana that the foregoing is true and correct.

DATED this ___8th___ day of April, 2022.

_____
Julie Brubaker

DECLARATION OF JULIE BRUBAKER
IN SUPPORT OF NOTICE OF REMOVAL - 2
(Case No. 2:22-cv-00472)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404