1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH ERHART, an individual,

Plaintiff,

v.

ZIMMER, INC., a Delaware corporation dba
ZIMMER BIOMET; ZIMMER US, INC., a
Delaware corporation dba ZIMMER BIOMET;
BIOMET, INC., an Indiana corporation dba
ZIMMER BIOMET; and DOES 1-10,

Defendants.

Case No. 2:22-cv-00472

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and LCR 7.1, Zimmer Biomet Holdings, Inc., which is a Delaware corporation and publicly traded, is the corporate parent for all three corporate entities named as defendants in this matter.  Defendant Zimmer, Inc. is the immediate subsidiary and directly or indirectly owns all of the subsidiaries.  Zimmer Biomet Holdings, Inc. is the sole shareholder of Defendant Zimmer, Inc.  Defendant Zimmer, Inc. is the sole shareholder of LVB Acquisition, Inc., a Delaware corporation, which is the sole shareholder of Defendant Biomet, Inc.  The common stock of Defendant Zimmer US, Inc. is owned equally by Defendant Zimmer, Inc.; Zimmer Surgical, Inc., a Delaware corporation; Citra Labs, LCC, an Indiana LLC; and CD Diagnostics, Inc., a Delaware corporation.  While in different classes and

CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 2:22-cv-00472)

amounts, preferred stock for Defendant Zimmer US, Inc. is owned by Defendant Zimmer, Inc.;

Zimmer Surgical, Inc.; and CD Diagnostics, Inc.

DATED this 8th day of April, 2022.

Respectfully submitted,

JACKSON LEWIS P.C.

By:     */s/ Bryan P. O'Connor*
        Bryan P. O'Connor, WSBA #23867
        Bryan.OConnor@jacksonlewis.com
        Megan Burrows Carpenter, WSBA #45941
        Megan.Carpenter@jacksonlewis.com
        520 Pike Street, Suite 2300
        Seattle, WA 98101
        Tel: (206) 405-0404
        Fax: (206) 405-4450

        Counsel for Defendants

CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 2:22-cv-00472)

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following:

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
      reddyp@emeryreddy.com

Counsel for Plaintiff

☒ via CM/ECF System
☒ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: _____

DATED this 8th day of April, 2022.

_____
Tanya Stewart

4894-4344-4506, v. 1

CORPORATE DISCLOSURE STATEMENT - 3
(Case No. 2:22-cv-00472)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404