UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ERHART, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10, <br><br> Defendants. | No. 2:22-cv-00472 <br><br> PLAINTIFF'S JURY DEMAND |

Pursuant to Fed. R. Civ. P. 38, the Plaintiff, Sarah Erhart, hereby requests a trial by jury.

///

///

///

PLAINTIFF'S JURY DEMAND –
2:22-cv-00472                    PAGE 1 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

DATED this 8th day of April, 2022.

                RESPECTFULLY SUBMITTED:

                EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Emery Reddy, PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: 206-442-9106
Email: emeryt@emeryreddy.com
       reddyp@emeryreddy.com

*Attorneys for Plaintiff Sarah Erhart*

PLAINTIFF'S JURY DEMAND –
2:22-cv-00472

PAGE 2 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Bryan P. O'Connor, WSBA No. 23867
Megan Burrows Carpenter, WSBA No. 45941
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Email: bryan.oconnor@jacksonlewis.com
megan.carpenter@jacksonlewis.com

*Attorneys for Defendants*

                                     *s/ Jennifer Chong*
                                     Jennifer Chong, Legal Assistant

PLAINTIFF'S JURY DEMAND –
2:22-cv-00472
PAGE 3 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711