HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ERHART, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00472-JCC<br><br>**VERIFICATION OF STATE COURT RECORDS** |

Under Local Civil Rule 101(c), Defendants Zimmer, Inc. d/b/a Zimmer Biomet, Zimmer US, Inc. d/b/a Zimmer Biomet, and Biomet, Inc. d/b/a Zimmer Biomet ("Defendants"), by and through its undersigned attorneys, states that the following documents were filed in King County Superior Court, which the state court designated as Case No. 22-2-03423-8 SEA, and are attached as Exhibit A:

　　1.　　Complaint (attached to Defendants' Notice of Removal as Attachment A);

　　2.　　Order Setting Case Schedule;

　　3.　　Case Information Cover Sheet;

　　4.　　Summons to Biomet, Inc.;

　　5.　　Summons to Zimmer US, Inc.;

　　6.　　Notice of Appearance of Bryan P. O'Connor;

VERIFICATION OF STATE COURT RECORDS - 1
(Case No. 2:22-cv-00472-JCC)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1   7.   Notice of Appearance of Megan Burrows Carpenter; and

2   8.   Defendants' Notice to State Court of Removal to Federal Court.

The undersigned hereby certifies that the documents submitted with this Verification constitute true and complete copies of all the records and proceedings in the state court proceeding.

DATED this 20th day of April, 2022.

JACKSON LEWIS P.C.

By:   /s/ Bryan P. O'Connor
Bryan P. O'Connor, WSBA #23867
Bryan.OConnor@jacksonlewis.com
Megan Burrows Carpenter, WSBA #45941
Megan.Carpenter@jacksonlewis.com
520 Pike Street, Suite 2300
Seattle, WA 98101
Tel: (206) 405-0404
Fax: (206) 405-4450

Counsel for Defendants

VERIFICATION OF STATE COURT RECORDS - 2
(Case No. 2:22-cv-00472-JCC)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>EMERY \| REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Email: emeryt@emeryreddy.com<br>         reddyp@emeryreddy.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |

Counsel for Plaintiff

DATED this 20ʰ day of April, 2022.

_____
Tanya Stewart

4871-7435-4203, v. 1

VERIFICATION OF STATE COURT RECORDS - 3
(Case No. 2:22-cv-00472-JCC)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404