# EXHIBIT A

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| Sarah Erhart | No. 22-2-03423-8  SEA |
| | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| vs | |
| | (CICS) |
| Zimmer, Inc. | |

**CAUSE OF ACTION**

TTO - Tort /Other

**AREA OF DESIGNATION**

SEA        Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8

9

SARAH ERHART, an individual,

No.   22-2-03423-8 SEA

10

Plaintiff,

SUMMONS (20 DAYS)

11

v.

12

13

14

ZIMMER, INC., a Delaware corporation dba
ZIMMER BIOMET; ZIMMER US, INC., a
Delaware corporation dba ZIMMER BIOMET;
BIOMET, INC., an Indiana corporation dba
ZIMMER BIOMET; and DOES 1-10,

15

Defendants.

16

17

18

TO:    ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET;

19

TO:    ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET;

20

TO:    BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET.

21

A lawsuit has been started against you in the above entitled court by the above-captioned

22

plaintiff.  Plaintiff's claims are stated in the written complaint, a copy of which is served upon

23

you with this summons.

24

In order to defend against this lawsuit, you must respond by stating your defense in

25

writing, and serve a copy upon the person signing this summons within 20 days after the service

26

of this summons, excluding the day of service, or a default judgment may be entered against you

SUMMONS (20 DAYS) - 1

1   without notice.  A default judgment is one where the plaintiff is entitled to what he asks for

2   because you have not responded.  If you serve a notice of appearance on the undersigned person,

3   you are entitled to notice before a default judgment may be entered.

4        You may demand that the plaintiff file this lawsuit with the court. If you do so, the

5   demand must be in writing and must be served upon the person signing this summons.  Within

6   14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the

7   service on you of this summons and complaint will be void.

8        If you wish to seek the advice of an attorney in this matter, you should do so promptly so

9   that your written response, if any, may be served on time.

10        This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of The State

11   of Washington.

12

13        DATED this 9th day of March, 2022.

14                                    Submitted By:

15                                    EMERY | REDDY, PLLC

16

17                        By:    _____

18                                    TIMOTHY W. EMERY
                                      WSBA No. 34078
19                                    PATRICK B. REDDY
                                      WSBA No. 34092
20                                    600 Stewart Street, Suite 1100
                                      Seattle, WA 98101
21                                    Telephone: (206) 442-9106
                                      Fax: (206) 441-9711
22                                    Email: emeryt@emeryreddy.com
                                      Email: reddyp@emeryreddy.com
23                                    *Attorneys for Plaintiff Sarah Erhart*

24

25

26

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1

2

3

4

5

6

7

8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

9 | SARAH ERHART, an individual,

No.   22-2-03423-8 SEA

10 |                                 Plaintiff,

SUMMONS (20 DAYS)

11 |    v.

12 | ZIMMER, INC., a Delaware corporation dba
ZIMMER BIOMET; ZIMMER US, INC., a
13 | Delaware corporation dba ZIMMER BIOMET;
BIOMET, INC., an Indiana corporation dba
14 | ZIMMER BIOMET; and DOES 1-10,

15 |                                Defendants.

16

17

18 |    TO:    ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET;

19 |    TO:    ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET;

20 |    TO:    BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET.

21 |        A lawsuit has been started against you in the above entitled court by the above-captioned

22 | plaintiff.  Plaintiff's claims are stated in the written complaint, a copy of which is served upon

23 | you with this summons.

24 |        In order to defend against this lawsuit, you must respond by stating your defense in

25 | writing, and serve a copy upon the person signing this summons within 20 days after the service

26 | of this summons, excluding the day of service, or a default judgment may be entered against you

SUMMONS (20 DAYS) - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1   without notice.  A default judgment is one where the plaintiff is entitled to what he asks for

2   because you have not responded.  If you serve a notice of appearance on the undersigned person,

3   you are entitled to notice before a default judgment may be entered.

4          You may demand that the plaintiff file this lawsuit with the court. If you do so, the

5   demand must be in writing and must be served upon the person signing this summons.  Within

6   14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the

7   service on you of this summons and complaint will be void.

8          If you wish to seek the advice of an attorney in this matter, you should do so promptly so

9   that your written response, if any, may be served on time.

10         This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of The State

11  of Washington.

12

13         DATED this 9th day of March, 2022.

14                                    Submitted By:

15                                    EMERY | REDDY, PLLC

16

17                        By:        _____
                                      TIMOTHY W. EMERY
18                                    WSBA No. 34078
                                      PATRICK B. REDDY
19                                    WSBA No. 34092
                                      600 Stewart Street, Suite 1100
20                                    Seattle, WA 98101
                                      Telephone: (206) 442-9106
21                                    Fax: (206) 441-9711
                                      Email: emeryt@emeryreddy.com
22                                    Email: reddyp@emeryreddy.com
                                      *Attorneys for Plaintiff Sarah Erhart*
23

24

25

26

SUMMONS (20 DAYS) - 2

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| SARAH ERHART, an individual, | No. 22-2-03423-8 SEA |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10, | |
| Defendants. | |

TO:        Sarah Erhart, Plaintiff;

AND TO:   Timothy W. Emery, and Patrick B. Reddy, EMERY | REDDY, PLLC, Attorneys for Plaintiff;

AND TO:   Clerk of the Court.

PLEASE TAKE NOTICE that Bryan P. O'Connor of the law firm of Jackson Lewis P.C. hereby enters his appearance in the above cause on behalf of Defendants Zimmer, Inc. d/b/a Zimmer Biomet, Zimmer US, Inc. d/b/a Zimmer Biomet, and Biomet, Inc. d/b/a Zimmer Biomet, without waiving any or all claims or defenses that may exist pursuant to Fed. R. Civ. P. 12(b) or otherwise. You are hereby requested to serve all further pleadings and papers herein, except original process, upon the undersigned, at the address stated below.

NOTICE OF APPEARANCE - 1
(Case No. 22-2-03423-8 SEA)

DATED this 30th day of March, 2022.

JACKSON LEWIS P.C.

By: _____

Bryan P. O'Connor, WSBA #23867
520 Pike Street, Suite 2300
Seattle, WA 98101
Bryan.OConnor@jacksonlewis.com
Telephone:  206-626-6423

Counsel for Defendants

NOTICE OF APPEARANCE - 2
(Case No. 22-2-03423-8 SEA)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following:

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Email: emeryt@emeryreddy.com
         reddyp@emeryreddy.com

Counsel for Plaintiff

☒ via CM/ECF System
☒ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: _____

DATED this 30th day of March, 2022.

_____
Tanya Stewart

4878-5352-3738, v. 1

NOTICE OF APPEARANCE - 3
(Case No. 22-2-03423-8 SEA)

1

2

3

4

5

6

7 IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8

9 SARAH ERHART, an individual,                    No. 22-2-03423-8 SEA

10                                Plaintiff,

11        v.                                      NOTICE OF APPEARANCE

12 ZIMMER, INC., a Delaware corporation dba
ZIMMER BIOMET; ZIMMER US, INC., a

13 Delaware corporation dba ZIMMER BIOMET;
BIOMET, INC., an Indiana corporation dba

14 ZIMMER BIOMET; and DOES 1-10,

15                                Defendants.

16

17 TO:        Sarah Erhart, Plaintiff;

18

19 AND TO:    Timothy W. Emery, and Patrick B. Reddy, EMERY | REDDY, PLLC, Attorneys
            for Plaintiff;

20 AND TO:    Clerk of the Court.

21        PLEASE TAKE NOTICE that Megan Burrows Carpenter of the law firm of Jackson Lewis

22 P.C. hereby enters her appearance in the above cause on behalf of Defendants Zimmer, Inc. d/b/a

23 Zimmer Biomet, Zimmer US, Inc. d/b/a Zimmer Biomet, and Biomet, Inc. d/b/a Zimmer Biomet,

24 without waiving any or all claims or defenses that may exist pursuant to Fed. R. Civ. P. 12(b) or

25 otherwise. You are hereby requested to serve all further pleadings and papers herein, except

26 original process, upon the undersigned, at the address stated below.

27

28

NOTICE OF APPEARANCE - 1
(Case No. 22-2-03423-8 SEA)

DATED this 30th day of March, 2022.

JACKSON LEWIS P.C.

By: _____
Megan Burrows Carpenter, WSBA #45941
Megan.Carpenter@jacksonlewis.com
Telephone: 206-626-6427
520 Pike Street, Suite 2300
Seattle, WA 98101

Counsel for Defendants

NOTICE OF APPEARANCE - 2
(Case No. 22-2-03423-8 SEA)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>EMERY \| REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Email: emeryt@emeryreddy.com<br>           reddyp@emeryreddy.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |

Counsel for Plaintiff

DATED this 30th day of March, 2022.

_____
Tanya Stewart

4855-4954-0634, v. 1

NOTICE OF APPEARANCE - 3
(Case No. 22-2-03423-8 SEA)

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ERHART, an individual,<br><br>                       Plaintiff,<br><br>    v.<br><br>ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10,<br><br>                       Defendants. | Case No. 2:22-cv-00472<br><br>**NOTICE OF REMOVAL**<br><br>(DIVERSITY OF CITIZENSHIP)<br><br>(from King County Superior Court, Case No. 22-2-03423-8-SEA) |

TO:          Clerk of the Court;

AND TO:     Plaintiff Sarah Erhart;

AND TO:     Timothy Emery and Patrick Reddy, Counsel for Plaintiff.

        In accordance with 28 U.S.C. §§ 1332(a), 1441, and 1446(c), Defendants Zimmer, Inc. d/b/a Zimmer Biomet, Zimmer US, Inc. d/b/a Zimmer Biomet, and Biomet, Inc. d/b/a Zimmer Biomet ("Defendants"), by and through the undersigned counsel, hereby remove this action from King County Superior Court to this Court based upon complete diversity of citizenship of the parties.

        In support of its Notice of Removal, the following statement is submitted pursuant to 28 U.S.C. § 1446(a):

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1

**COMMENCEMENT**

2      1.     On March 9, 2022, Plaintiff filed a Complaint in King County Superior Court,

3   which the state court designated as Case No. 22-2-03423-8-SEA.  *See* Declaration of Bryan P.

4   O'Connor in Support of Notice of Removal ("O'Connor Declaration") at ¶2.  On February 11,

5   2022, Plaintiff served the Defendants Biomet, Inc. and Zimmer US, Inc. with copies of the

6   Summons and Complaint.  *Id.* at ¶2.  The remaining corporate defendant was served on a later

7   date.  *Id.* at ¶2.  A true and correct copy of the Complaint is attached hereto as **Attachment A.**

8

**DIVERSITY JURISDICTION**

9      2.     This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because (1) there

10  is complete diversity of citizenship between the parties; (2) the amount in controversy exceeds

11  $75,000, exclusive of interest and costs; and (3) all other requirements for removal have been

12  satisfied.

13     3.     Defendant Zimmer, Inc. is incorporated in the State of Delaware, and its principal

14  place of business is in the State of Indiana (specifically Warsaw, Indiana), the location of its

15  headquarters and where the corporation's officers direct, control, and coordinate the corporation's

16  activities.  Accordingly, Defendant Zimmer, Inc. is a citizen of the States of Delaware and Indiana.

17  *See* Complaint at ¶ 3.2; Declaration of Julie Brubaker in Support of Notice of Removal ("Brubaker

18  Declaration") at ¶2.

19     4.     Defendant Zimmer US, Inc. is incorporated in the State of Delaware and its

20  principal place of business is in the State of Indiana (specifically Warsaw, Indiana), the location

21  of its headquarters and where the corporation's officers direct, control, and coordinate the

22  corporation's activities.  Accordingly, Defendant Zimmer US, Inc. is a citizen of the States of

23  Delaware and Indiana.  *See* Complaint at ¶ 3.3; Brubaker Declaration at ¶2.

24     5.     Defendant Biomet, Inc. is incorporated in the State of Indiana and its principal place

25  of business is in the State of Indiana (specifically Warsaw, Indiana), the location of its headquarters

26  and where the corporation's officers direct, control, and coordinate the corporation's activities.

27

28

NOTICE OF REMOVAL (Diversity) - 2
(Case No. 2:22-cv-00472)

1   Accordingly, Defendant Biomet, Inc. is a citizen of the State of Indiana.  *See* Complaint at ¶ 3.4;

2   Brubaker Declaration at ¶2.

3        6.     Plaintiff Sarah Erhart resides in the State of Washington.  *See* Complaint at ¶ 3.1.

4   Upon information and belief, Plaintiff is a resident of the State of Washington.  *Id.*

5   **AMOUNT IN CONTROVERSY**

6        7.     "[A] defendant's notice of removal need include only a plausible allegation that the

7   amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co.*

8   *LLC v. Owens*, 574 U.S. 81, 89 (2014).

9        8.     Under Local Civil Rule 101(a), Defendants have a reasonable, good-faith belief

10  that Plaintiff seeks damages in excess of the jurisdictional requirement of $75,000,

11  notwithstanding the fact that the Complaint does not specify the dollar amount of damages being

12  sought, for the reasons stated in paragraphs 9 through 14 below.

13       9.     Plaintiff asserts three causes of action: (1) failure to pay minimum wage and

14  overtime wages in violation of RCW 49.46.020 and RCW 49.46.130; (2) wage theft in violation

15  of RCW 49.52.050; and failure to furnish accurate wage statements in violation of WAC 296-126-

16  040.  *See* Complaint at ¶¶4.3 through 5.10.  In part, Plaintiff's Prayer for Relief seeks: (1)

17  compensatory damages for lost wages; (2) double damages pursuant to RCW 49.52.070; (3)

18  attorney's fees and costs under RCW 49.46.090, RCW 49.48.030, and RCW 49.52.070; and (4)

19  pre- and post-judgment interest.  *See* Complaint at pg. 6.

20       10.     Plaintiff was employed by Zimmer US, Inc. from December 2, 2019, until March

21  7, 2022.  *See* Complaint at ¶4.3.  She alleges that she was misclassified as exempt and never paid

22  for any time worked in excess of forty hours in a workweek.  *See* Complaint at ¶¶4.5 and 4.8.

23  Further, she alleges that she typically worked between forty and seventy hours per week.  *See*

24  Complaint at ¶4.7.

25       11.     Between December 2, 2019 and April 5, 2020, Plaintiff was paid at a rate of

26  $80,000 per year, which equates to a rate of $38.46 per hour or $57.69 at a time and one half.  *See*

27  O'Connor Declaration at ¶3; Brubaker Declaration at ¶3.  Between April 6, 2020 and May 17,

28

NOTICE OF REMOVAL (Diversity) - 3
(Case No. 2:22-cv-00472)

2020, Plaintiff was paid at a rate of $64,000 per year, which equates to a rate of $30.76 per hour or $46.14 at a time and one half. *See* O'Connor Declaration at ¶3; Brubaker Declaration at ¶4. Between May 18, 2020 and March 21, 2021, Plaintiff was paid a rate of $80,000 per year, which equates to a rate of $38.46 per hour or $57.69 at a time and one half. *See* O'Connor Declaration at ¶3; Brubaker Declaration at ¶5. Between March 22, 2021 and October 3, 2021, Plaintiff was paid at a rate of $82,800 per year, which equates to a rate of $39.81 per hour or $59.72 at a time and one-half rate. *See* O'Connor Declaration at ¶3; Brubaker Declaration at ¶6. Between October 4, 2021 and March 7, 2022, Plaintiff was paid a rate of $92,000 per year, which equates to a rate of $44.23 per hour or $66.35 at a time and one-half rate. *See* O'Connor Declaration at ¶3; Brubaker Declaration at ¶7.

12. Assuming Plaintiff worked 45 hours per week, she is claiming $34,985.15 in unpaid wages. *See* O'Connor Declaration at ¶3. With requested doubling, she is seeking $69,970.30. *Id.*; *see* Complaint at pg. 6.

13. Additionally, Plaintiff seeks attorneys' fees and costs, which itself is reasonably calculated to exceed the $75,000 amount in controversy requirement. **Attachment A**, Complaint, Prayer for Relief. Attorneys' fees are included in computing the amount in controversy. *E.g., Fritsch v. Swift Transp. Co. of Ariz., LLC*, 899 F.3d 785, 793 (9th Cir. 2018). This includes the amount of expected future attorneys' fees because they are "at stake" in the litigation. *Id.* at 794 (quoting from and applying *Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413, 417 (9th Cir. 2018). RCW 49.48.030 and RCW 49.52.070 authorizes an award of reasonable attorneys' fees and costs to a successful plaintiff. If Plaintiff prevails at trial, it is reasonable to conclude that her attorneys' fee petition alone would exceed $75,000. *See* O'Connor Declaration at ¶4.

14. Based upon the foregoing, Plaintiff's Complaint, and her requested relief, the amount in controversy here exceeds $75,000, and this action is between citizens of different states. Therefore, this Court has original jurisdiction over this civil action. 28 U.S.C. § 1332(a)(1).

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1

**STATE COURT PROCEEDINGS**

2      15.    On March 9, 2022, Plaintiff filed her Complaint in King County Superior Court.

3      16.    On March 9, 2022, the King County Superior Court issued an Order Setting Civil

4 Case Schedule.

5      17.    On March 9, 2022, a Case Information Cover Sheet was filed.

6      18.    On March 30, 2022, Defendants' counsel filed a Notice of Appearance.

7      19.    No further proceedings have been had in the state court as of the date of this Notice.

8

**TIMELY REMOVAL**

9      20.    This Notice of Removal is being timely filed within 30 days of March 11, 2022,

10 when the first two defendants were served with the initial pleading upon which this removal is

11 based. *See* 28 U.S.C. § 1446(b)(2)(B).

12

**VENUE**

13      21.    Under 28 U.S.C. § 1441(a), this Court is the appropriate venue for removal because

14 it is the federal district court for the district and division where the King County Superior Court

15 case is pending.

16

**NOTICE TO THE STATE COURT AND TO PLAINTIFF**
**OF FILING NOTICE OF REMOVAL**

17

18      22.    Under 28 U.S.C. § 1446(d), and as affirmed in the attached Declaration of Service,

19 Defendants have served Plaintiff with this Notice of Removal and with the Notice to State Court of

20 Removal to Federal Court. Under 28 U.S.C. § 1446(d), a copy of the Notice of Removal is being filed

21 with the King County Superior Court, attached to a pleading entitled Notice to State Court of Removal

22 to Federal Court.

23

**STATE COURT RECORDS**

24      23.    Under 28 U.S.C. § 1446(a) and LCR 101(b)(1), Defendants are attaching a true and

25 correct copy of the Complaint as **Attachment A**. Under LCR 101(c), a Verification of State Court

26 Records will be filed within 14 days of this Notice of Removal, which will include copies of the original

27 pleadings, as well as copies of all additional records and proceedings appearing in the state court file,

28

NOTICE OF REMOVAL (Diversity) - 5
(Case No. 2:22-cv-00472)

1 under a verification by counsel that these are true and complete copies of all the records and

2 proceedings in the state court proceeding.

3    24.    Defendants reserve the right to amend or supplement the statement of Defendants'

4 grounds for removal of this case based upon discovery exchanged between the parties or circumstances

5 that become known during the investigation of the case.

6    25.    Based on the above, Defendants respectfully ask this Court to accept removal of this

7 action on the ground of diversity jurisdiction.

8    DATED this 8th day of April, 2022.

9    Respectfully submitted,

10    JACKSON LEWIS P.C.

11

12    By:    _____
            Bryan P. O'Connor, WSBA #23867
13          520 Pike Street, Suite 2300
            Seattle, WA 98101
14          Telephone: (206) 626-6423
            Bryan.OConnor@jacksonlewis.com
15

16

17    By:    _____
            Megan Burrows Carpenter, WSBA #45941
18          520 Pike Street, Suite 2300
            Seattle, WA 98101
19          Telephone: (206) 626-6427
            Megan.Carpenter@jacksonlewis.com
20

21    Counsel for Defendants

22

23

24

25

26

27

28

NOTICE OF REMOVAL (Diversity) - 6
(Case No. 2:22-cv-00472)

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that a true and accurate copy of the document to which this declaration is affixed was sent to the following:

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
        reddyp@emeryreddy.com

Counsel for Plaintiff

☒ via CM/ECF System
☒ via Electronic Mail
☐ via USPS Mail
☐ via Federal Express
☐ via Hand-delivery
☐ Other: _____

DATED this 8th day of April, 2022.

_____
Tanya Stewart

4871-7530-8570, v. 1

NOTICE OF REMOVAL (Diversity) - 7
(Case No. 2:22-cv-00472)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

ATTACHMENT A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

SARAH ERHART, an individual,

               Plaintiff,

v.

ZIMMER, INC., a Delaware corporation dba
ZIMMER BIOMET; ZIMMER US, INC., a
Delaware corporation dba ZIMMER BIOMET;
BIOMET, INC., an Indiana corporation dba
ZIMMER BIOMET; and DOES 1-10,

               Defendants.

No.  22-2-03423-8 SEA

COMPLAINT FOR DAMAGES,
INJUNCTIVE RELIEF, AND
DECLARATORY RELIEF

Plaintiff Sarah Erhart ("Plaintiff"), by and through her attorneys, complains and alleges against Defendants Zimmer, Inc. dba Zimmer Biomet, Zimmer US, Inc. dba Zimmer Biomet, and Biomet, Inc. dba Zimmer Biomet (collectively, "Defendants") as follows:

## I.    NATURE OF THE CASE

1.1    This is an action against Defendants for their violations of Washington's wage and hour laws, including Defendants' failure to pay minimum wage for all hours worked, failure to pay overtime, and failure to furnish accurate wage statements.

///

///

COMPLAINT FOR DAMAGES, INJUNCTIVE
RELIEF, AND DECLARATORY RELIEF - 1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

## II.    JURISDICTION AND VENUE

2.1    This Court has jurisdiction over this cause of action under RCW 2.08.010.

2.2    Venue is proper in this Court pursuant to RCW 4.12.020 and/or RCW 4.12.025 because the acts and omissions alleged took place in whole or in part in King County, Washington and Defendants transact business in King County, Washington.

## III.    PARTIES

3.1    Plaintiff Sarah Erhart is a resident of Clark County, Washington and worked for the Defendants in King County, Washington, as well as in Oregon, Idaho, Hawaii, Northern California, and Indiana. Plaintiff is, and at all times relevant to this matter was, an employee of Defendants as such term is defined in the statutes listed herein.

3.2    Defendant Zimmer, Inc. ("Zimmer") is a Delaware corporation doing business as Zimmer Biomet. Zimmer regularly conducts business in King County, Washington. Zimmer is, and at all times relevant to this matter was, an employer as such term is defined in the statutes listed herein.

3.3    Defendant Zimmer US, Inc. ("Zimmer US") is a Delaware corporation doing business as Zimmer Biomet. Zimmer US regularly conducts business in King County, Washington. Zimmer US is, and at all times relevant to this matter was, an employer as such term is defined in the statutes listed herein.

3.4    Defendant Biomet, Inc. ("Biomet") is an Indiana corporation doing business as Zimmer Biomet. Biomet regularly conducts business in King County, Washington. Biomet is, and at all times relevant to this matter was, an employer as such term is defined in the statutes listed herein.

3.5    Defendants Does 1-10 are as yet unknown individuals or business entities who or which may hold an ownership interest in Zimmer, Inc., Zimmer US, Inc., and/or Biomet, Inc.

///

///

COMPLAINT FOR DAMAGES, INJUNCTIVE
RELIEF, AND DECLARATORY RELIEF - 2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

## IV.    STATEMENT OF FACTS

4.1     Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 3.5 as if fully set forth herein.

4.2     Defendants design, manufacture, market, and service medical devices, including robotic surgical systems.

4.3     On approximately December 2, 2019, Defendants hired Plaintiff as a Technical Services Specialist. In approximately December 2020, Defendants promoted Plaintiff to Field Service Senior Engineer I. In approximately October 2021, Defendants promoted Plaintiff to Field Service Senior Engineer II.

4.4     Plaintiff travels to various hospitals in Washington, Oregon, Idaho, Hawaii, Northern California, and Indiana to install and service robotic surgical systems ("robots"), including performing preventative and corrective maintenance. Plaintiff wears a toolbelt and carries approximately 75 lbs of tools and equipment to the job sites.

4.5     At all times relevant to this matter, Defendants misclassified Plaintiff as exempt and refused to pay her overtime.

4.6     Defendants require Plaintiff to track her time and turn in time sheets.

4.7     Plaintiff typically works 40-70 hours per week.

4.8     Defendants do not pay Plaintiff for hours worked in excess of 40 in a workweek, including overtime premiums.

4.9     Defendants do not provide Plaintiff with accurate wage statements. Specifically, the wage statements do not accurately reflect all hours worked, overtime earned, or gross wages earned.

4.10    As a result of Defendants' actions and omissions, Plaintiff has been damaged in an amount to be proven at trial.

4.11    The conduct of Defendants as described herein violates the public policy and laws of the State of Washington. Defendants will continue to engage in these alleged violations unless

COMPLAINT FOR DAMAGES, INJUNCTIVE
RELIEF, AND DECLARATORY RELIEF - 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1   or until they are enjoined by this Court. A remedy of damages for past violations of public policy

2   and laws is not adequate, and Defendants should be compelled by this Court to comply with said

3   public policies and laws, specifically, but without limitation, by paying Plaintiff for all hours

4   worked and issuing accurate wage statements.

5                      **V.      CAUSES OF ACTION**

6        5.1    Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 4.11 as if fully

7   set forth herein.

8                   **FIRST CAUSE OF ACTION**
     **FAILURE TO PAY MINIMUM WAGE AND OVERTIME WAGES**
9           **VIOLATION OF RCW 49.46.020 AND RCW 49.46.130**

10       5.2    Defendants failed to pay Plaintiff for the hours she worked in excess of 40 in a

11  workweek.

12       5.3    Defendants' failure to pay Plaintiff at least minimum wage for all hours worked in

13  excess of 40 in a workweek constitutes a violation of RCW 49.46.020.

14       5.4    Defendants' failure to pay Plaintiff one and one-half times her regular rate of pay

15  for all hours worked in excess of 40 in a workweek constitutes a violation of RCW 49.46.130.

16       5.5    As a result of Defendants' unlawful actions and omissions, Plaintiff has been

17  damaged in an amount to be established at trial and is entitled to the recovery of such damages,

18  including interest thereon, as well as attorney's fees and costs pursuant to RCW 49.46.090, RCW

19  49.48.030, and RCW 49.52.070.

20                 **SECOND CAUSE OF ACTION**
                          **WAGE THEFT**
21            **VIOLATION OF RCW 49.52.050**

22       5.6    Washington's Wage Rebate Act, RCW 49.52, prohibits employers from paying

23  employees less than the wages to which they are entitled by any statute, ordinance, or contract.

24  RCW 49.52.050(2).

25       5.7    As described more fully above, Defendants failed to pay Plaintiff for the hours she

26  worked over 40 in a workweek, and also failed to pay overtime premiums for the overtime hours.

COMPLAINT FOR DAMAGES, INJUNCTIVE
RELIEF, AND DECLARATORY RELIEF - 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

5.8    Defendants' failure to pay Plaintiff the wages to which she is entitled was willful.

5.9    Defendants' conduct constitutes wage theft in violation of RCW 49.52.050.

5.10    As a result of Defendants' unlawful actions and omissions, Plaintiff has been damaged in an amount to be established at trial and is entitled to recovery of twice such damages, including interest thereon and attorney's fees and costs pursuant to RCW 49.12.150, RCW 49.48.030, and RCW 49.52.070.

**THIRD CAUSE OF ACTION**
**FAILURE TO FURNISH ACCURATE WAGE STATEMENTS**
**VIOLATION OF WAC 296-126-040**

5.11    Employers are required to furnish to each employee at the time of payment of wages an itemized statement showing the pay basis (i.e., hours or days worked), rate or rates of pay, gross wages and all deductions for that pay period. WAC 296-126-040.

5.12    The wage statements issued by Defendants do not accurately reflect all hours worked, overtime earned, or gross wages earned.

5.13    Defendants' failure to furnish accurate wage statements to Plaintiff constitutes a violation of WAC 296-126-040.

5.14    As a result of Defendants' unlawful actions and omissions, Plaintiff has been damaged in an amount to be proven at trial.

**FOURTH CAUSE OF ACTION**
**INJUNCTIVE RELIEF**

5.15    As described more fully above, Plaintiff is entitled to an injunction prohibiting Defendants from further violations of state wage laws.

**FIFTH CAUSE OF ACTION**
**DECLARATORY RELIEF**

5.16    As described more fully above, Plaintiff is entitled to a declaration of her right to receive overtime pay and accurate wage statements.

COMPLAINT FOR DAMAGES, INJUNCTIVE
RELIEF, AND DECLARATORY RELIEF - 5

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

## VI.    DAMAGES

6.1    Plaintiff incorporates by reference and re-alleges paragraphs 1.1 – 5.16 as if fully set forth herein.

6.2    Defendants' unlawful conduct with regard to their employment of Plaintiff has caused the following damages:

6.3    Lost back pay, wages, and benefits in amounts to be established at trial;

6.4    Statutory and punitive damages; and

6.5    Out of pocket expenses, litigation costs, and attorney's fees in amounts to be established at trial.

## VII.    REQUEST FOR RELIEF

Plaintiff requests that the Court enter judgment against the Defendants as follows:

1.  Compensatory damages for lost wages in an amount to be proven at trial;

2.  Double damages pursuant to RCW 49.52.070;

3.  Preliminary and permanent injunctive relief prohibiting, restraining, and enjoining Defendants from engaging in the conduct complained of herein;

4.  Declaratory relief to the effect that Defendants have violated the statutory rights of Plaintiff;

5.  Attorney's fees and costs pursuant to RCW 49.46.090, RCW 49.48.030, and/or RCW 49.52.070;

6.  Pre- and post-judgment interest;

7.  Leave to amend the Complaint to conform to the evidence presented at or prior to trial; and

8.  Any additional or further relief which the Court deems equitable, appropriate, or just.

///

///

///

COMPLAINT FOR DAMAGES, INJUNCTIVE
RELIEF, AND DECLARATORY RELIEF - 6

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1     DATED March 9, 2022.

2                              EMERY | REDDY, PLLC

By:

TIMOTHY W. EMERY
WSBA No. 34078
PATRICK B. REDDY
WSBA No. 34092
600 Stewart Street, Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
*Attorneys for Plaintiff Sarah Erhart*

COMPLAINT FOR DAMAGES, INJUNCTIVE
RELIEF, AND DECLARATORY RELIEF - 7

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711