HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ERHART, an individual,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00472-JCC<br><br>**STIPULATION OF DISMISSMAL WITH PREDUDICE**<br><br>NOTING DATE:  July 12, 2022 |

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties, by and through their undersigned counsel of record, hereby stipulate that all of the claims and causes of action in the above-captioned matter be dismissed with prejudice and without attorney fees or costs to be awarded to any party.

//
//
//
//
//
//

STIPULATION OF DISMISSMAL - 1
(Case No. 2:22-cv-00472-JCC)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  DATED this 12th day of July, 2022.

2

3  JACKSON LEWIS P.C.                                  EMERY | REDDY, PLLC

4

5  By: */s/ Bryan P. O'Connor*                         By: */s/ Timothy W. Emery*
   By: */s/ Megan Burrows Carpenter*                   By: */s/ Patrick B. Reddy*
6      Bryan P. O'Connor, WSBA #23687                      Timothy W. Emery, WSBA #34078
7      Bryan.Oconnor@jacksonlewis.com                      emeryt@emeryreddy.com
       Megan Burrows Carpenter, WSBA #45941                Patrick B. Reddy, WSBA #34092
8      Megan.Carpenter@jacksonlewis.com                    reddyp@emeryreddy.com
       520 Pike Street, Suite 2300                         600 Stewart Street, Suite 1100
9      Seattle, WA 98101                                   Seattle, WA 98101
       Tel: (206) 405-0404                                 Tel: (206) 442-9106
10     Fax: (206) 405-4450                                 Fax: (206) 441-9711

11
     *Counsel for Defendants*                             *Counsel for Plaintiff*
12

13

14

15
                              **II.  ORDER**
16
     Based upon the foregoing stipulation of the parties, the above-captioned matter and all
17
   claims and causes of action are hereby **DISMISSED WITH PREJUDICE** and without attorney
18
   fees or costs awarded to any party.
19

20     IT IS SO ORDERED.

21

22
       DATED this _____ day of _____, 2022.
23

24
                                              _____
25                                             Honorable Judge John C. Coughenour

26

27

28

STIPULATION OF DISMISSMAL - 2                                          **Jackson Lewis P.C.**
(Case No. 2:22-cv-00472-JCC)                                           520 Pike Street, Suite 2300
                                                                       Seattle, Washington 98101
                                                                       (206) 405-0404

Presented By:

| | |
|---|---|
| JACKSON LEWIS P.C. | EMERY | REDDY, PLLC |
| By: */s/ Bryan P. O'Connor* | By: */s/Timothy W. Emery* |
| By: */s/ Megan Burrows Carpenter* | By: */s/Patrick B. Reddy* |
| Bryan P. O'Connor, WSBA #23867 | Timothy W. Emery, WSBA #34078 |
| Bryan.OConnor@jacksonlewis.com | emeryt@emeryreddy.com |
| Megan Burrows Carpenter, WSBA #45941 | Patrick B. Reddy, WSBA #34092 |
| Megan.Carpenter@jacksonlewis.com | reddyp@emeryreddy.com |
| 520 Pike Street, Suite 2300 | 600 Stewart Street, Suite 1100 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Tel: (206) 405-0404 | Tel: (206) 442-9106 |
| Fax: (206) 405-4450 | Fax: (206) 441-9711 |
| ***Counsel for Defendants*** | ***Counsel for Plaintiff*** |

STIPULATION OF DISMISSMAL - 3
(Case No. 2:22-cv-00472-JCC)