HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH ERHART, an individual,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ZIMMER, INC., a Delaware corporation dba ZIMMER BIOMET; ZIMMER US, INC., a Delaware corporation dba ZIMMER BIOMET; BIOMET, INC., an Indiana corporation dba ZIMMER BIOMET; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00472-JCC<br><br>**STIPULATION OF DISMISSMAL WITH PREDUDICE**<br><br>**NOTING DATE:  July 12, 2022** |

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties, by and through their undersigned counsel of record, hereby stipulate that all of the claims and causes of action in the above-captioned matter be dismissed with prejudice and without attorney fees or costs to be awarded to any party.

//
//
//
//
//
//
//

STIPULATION OF DISMISSMAL - 1
(Case No. 2:22-cv-00472-JCC)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

DATED this 12th day of July, 2022.

| JACKSON LEWIS P.C. | EMERY | REDDY, PLLC |
|---|---|

By: */s/ Bryan P. O'Connor*  
By: */s/ Megan Burrows Carpenter*  
   Bryan P. O'Connor, WSBA #23687  
   Bryan.Oconnor@jacksonlewis.com  
   Megan Burrows Carpenter, WSBA #45941  
   Megan.Carpenter@jacksonlewis.com  
   520 Pike Street, Suite 2300  
   Seattle, WA 98101  
   Tel: (206) 405-0404  
   Fax: (206) 405-4450  

*Counsel for Defendants*

By: */s/ Timothy W. Emery*  
By: */s/ Patrick B. Reddy*  
   Timothy W. Emery, WSBA #34078  
   emeryt@emeryreddy.com  
   Patrick B. Reddy, WSBA #34092  
   reddyp@emeryreddy.com  
   600 Stewart Street, Suite 1100  
   Seattle, WA 98101  
   Tel: (206) 442-9106  
   Fax: (206) 441-9711  

*Counsel for Plaintiff*

## II. ORDER

Based upon the foregoing stipulation of the parties, the above-captioned matter and all claims and causes of action are hereby **DISMISSED WITH PREJUDICE** and without attorney fees or costs awarded to any party.

IT IS SO ORDERED.

DATED this 12th day of July 2022.

*[signature]*

John C. Coughenour  
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSMAL - 2  
(Case No. 2:22-cv-00472-JCC)

Jackson Lewis P.C.  
520 Pike Street, Suite 2300  
Seattle, Washington 98101  
(206) 405-0404

Presented By:

| JACKSON LEWIS P.C. | EMERY | REDDY, PLLC |

By: */s/ Bryan P. O'Connor*
By: */s/ Megan Burrows Carpenter*
   Bryan P. O'Connor, WSBA #23867
   Bryan.OConnor@jacksonlewis.com
   Megan Burrows Carpenter, WSBA #45941
   Megan.Carpenter@jacksonlewis.com
   520 Pike Street, Suite 2300
   Seattle, WA 98101
   Tel: (206) 405-0404
   Fax: (206) 405-4450

***Counsel for Defendants***

By: */s/Timothy W. Emery*
By: */s/Patrick B. Reddy*
   Timothy W. Emery, WSBA #34078
   emeryt@emeryreddy.com
   Patrick B. Reddy, WSBA #34092
   reddyp@emeryreddy.com
   600 Stewart Street, Suite 1100
   Seattle, WA 98101
   Tel: (206) 442-9106
   Fax: (206) 441-9711

***Counsel for Plaintiff***

STIPULATION OF DISMISSMAL - 3
(Case No. 2:22-cv-00472-JCC)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404